NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JAMES CHRISTOPHER COLE,
DOC #S06972,

   Appellant,

v.           Case No. 2D18-2326

STATE OF FLORIDA,

   Appellee.

Opinion filed March 6, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Manatee County, Charles Sniffen, Judge.

James Christopher Cole, pro se.


PER CURIAM.


     Affirmed.


KHOUZAM, MORRIS, and SLEET, JJ., Concur.